UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRAS NABBUD and
SAHAR NABBUD,

        Plaintiffs,

v.

        Case No. 10-CV-10887

        HON. GEORGE CARAM STEEH

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
a Foreign Corporation, OAKMONT
MORTGAGE COMPANY, INC.,
a Foreign Corporation, LITTON
LOAN SERVICING, a Foreign
Corporation,

        Defendants.
_____/

## ORDER

On December 16, 2010, a hearing was held on defendants' motion for summary judgment/dismissal. The court took the matter under advisement. The possible application of the Michigan Court of Appeals decision in <u>Residential Funding Co, LLC v. Saurman</u>, Docket Nos. 290248 and 291443, 2011 WL 1516819 (Apr. 21, 2011) has not yet been briefed. The court believes it would be useful to hold a status conference to discuss the possibility of supplemental briefing addressing the <u>Residential Funding</u> holding and to discuss other alternative courses of action for this case. A status conference is therefore set for <u>August 23, 2011 at 10:30 a.m.</u>

Dated: July 25, 2011

        S/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 25, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk